

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DANA PERKINS, #14059-026,

    Petitioner,

v.                               ACTION NO. 2:13cv114

Eric Wilson,
Warden, FCI-Medium Petersburg,

    Respondent.

## FINAL ORDER

This matter was initiated by petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] Perkins, an inmate in federal custody, challenges the result of a disciplinary hearing in which he was administratively sanctioned by the Federal Bureau of Prisons and lost good time credit. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B) and (C) and Rule 72(b) of the Federal Rules of Civil Procedure, the matter was referred to the undersigned for a Report and Recommendation. The Report of the Magistrate Judge was filed on January 14, 2014, recommending dismissal of the petition. By copy of the Report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. The Court has received no objections to the United States Magistrate Judge's Report and Recommendation and the time for filing objections has expired.

---

[1] Petitioner also filed a document styled, "Motion for Action Under Mandamus," alleging among other things, that "unknown persons conspired to obstruct [his] habeas corpus claim" by transferring his case from the Alexandria Division to the Norfolk Division and misplacing his $5.00 filing fee in the process. (ECF No. 7 at 2). His initial payment was applied to the restitution on his criminal case, and his second payment in response to this Court's June 6, 2013 Order (ECF No. 5) was timely. To the extent Perkins claims any further mandamus relief, Petitioner's claims are DENIED.

The Court does hereby accept the findings and recommendations set forth in the Report of the United States Magistrate Judge filed January 14, 2014, and it is, therefore ORDERED that the petition is DENIED and DISMISSED.

Petitioner may appeal from the Judgment entered pursuant to this Final Order by filing a *written* notice of appeal with the Clerk of this Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty (60) days from the date of entry of such Judgment.

The Clerk shall mail a copy of this Final Order to the Petitioner and to counsel of record for Respondent.

/s/
_____
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
2·24 , 2014